IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | INDICTMENT |
| : | |
| vs. : | CRIMINAL NO. 5:26-CR-_____ |
| : | |
| LANNDRIA NICHOLE HORNE, : | |
| also known as LANNDRIA N. HORNE, : | VIOLATIONS: |
| and LANNDRIA HORNE : | 26 U.S.C. § 7206(2) |

**THE GRAND JURY CHARGES:**

**BACKGROUND**

At all times material to this Indictment:

1. Defendant LANNDRIA NICHOLE HORNE was a paid tax return preparer who managed Business A, a return preparation business located in Milledgeville, Georgia, within the Middle District of Georgia.

2. The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

3. A Preparer Tax Identification Number ("PTIN") was a number required of all tax return preparers who were compensated for preparing or assisting in the preparation of any United States federal tax return, claim for refund, or other tax submitted to the IRS. To obtain a PTIN, an individual was required to submit an application to the IRS. Each paid preparer was required to have his or her own PTIN.

4. On or about November 30, 2011, HORNE acquired a PTIN ending in 7856. Each of the returns prepared and caused to be prepared by HORNE listed PTIN ending in 7856.

1

5. Form 1040, *United States Individual Income Tax Return* ("Form 1040"), is an annual income tax return used to report an individual taxpayer's income, deductions, credits, and other matters relevant to the assessment of federal income tax due by the taxpayer to the United States.

6. Form 4136, *Credit for Federal Tax Paid on Fuels* ("Form 4136"), is an IRS form that a taxpayer would attach to a Form 1040 when applicable to report, among other things, credits for certain nontaxable uses of fuel during the tax year.

7. HORNE prepared federal income tax returns for clients containing materially false and fraudulent claims. HORNE assisted at least 12 individuals, without their knowledge, to file false and fraudulent income tax returns for the tax year 2020 by submitting a Form 4136 with the clients' regular Form 1040 despite the clients being ineligible for the fuel tax credit

## COUNTS ONE THROUGH TEN
### (TAX FRAUD)

The factual allegations contained in Paragraphs 1 through 7 of this Indictment are re-alleged and incorporated into Counts 1 through 12 herein by reference.

On or about the dates set forth below, in the Middle District of Georgia, the Defendant

**LANNDRIA NICHOLE HORNE,**
**also known as LANNDRIA N. HORNE, and**
**LANNDRIA HORNE**

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the United States Internal Revenue Service Individual Income Tax Returns, Forms 1040, either individual or joint, for the taxpayers and calendar years set forth below, which were false and fraudulent as to a material matter. The returns were false and fraudulent as to material matters in that they reported false fuel tax credits via Form 4136. The defendant then and there well knew and believed that the fuel tax credits, as reported, were false, and that the taxpayers were not entitled to the credit for federal tax paid on fuels claimed on these returns, resulting

2

in loss based on fraudulently inflated refund amounts issued, with each return constituting a separate count of this Indictment.

## **SUMMARY OF COUNTS**

| Count | Taxpayer | Tax Year | Approx. Date of Filing | False Statement | Amount of Fuel Claimed |
|---|---|---|---|---|---|
| 1 | J.A. | 2020 | 03-22-2021 | Form 4136 | 219,924 gallons |
| 2 | S.B. | 2020 | 03-15-2021 | Form 4136 | 126,666 gallons |
| 3 | D.D | 2020 | 03-22-2021 | Form 4136 | 197,478 gallons |
| 4 | S.D | 2020 | 03-15-2021 | Form 1436 | 88,993 gallons |
| 5 | T.D. | 2020 | 03-22-2021 | Form 4136 | 116,549 gallons |
| 6 | C.H. | 2020 | 03-08-2021 | Form 4136 | 87,422 gallons |
| 7 | E.J. | 2020 | 03-22-2021 | Form 4136 | 68,432 gallons |
| 8 | L.R. | 2020 | 03-15-2021 | Form 4136 | 56,133 gallons |
| 9 | A.S. | 2020 | 03-22-2021 | Form 4136 | 143,543 gallons |
| 10 | S.W. | 2020 | 03-15-2021 | Form 4136 | 83,270 gallons |
| 11 | E.W. | 2020 | 03-22-2021 | Form 4136 | 84,462 gallons |
| 12 | A.W. | 2020 | 03-15-2021 | Form 4136 | 186,973 gallons |

All in violation of Title 26, United States Code, Section 7206(2).

3

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

WILLIAM R. KEYES
UNITED STATES ATTORNEY

Presented By:

_____
JULIUS J. JEFFERSON
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this __10__ day of __FEB__, 2026.

_____
Deputy Clerk