**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No. 5:26-CR-4-CAR-CHW** |
| **LANNDRIA NICHOLE HORNE,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONTINUE**

Before the Court is Defendant Lanndria Nichole Horne's Unopposed Motion to Continue [Doc. 36] her pre-trial conference scheduled for November 19, 2026, and trial scheduled to begin on December 7, 2026, in Macon, Georgia. On February 10, 2026, the Grand Jury returned an indictment charging Defendant with twelve counts of tax fraud. On April 27, 2026, Defendant was arrested, was appointed counsel, pled not guilty at her arraignment, and was released on an unsecured bond pending trial. This case has previously been continued three times, and the Government does not oppose this request for a fourth continuance.

Defense counsel represents additional time is needed to engage in plea negotiations. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request to continue the trial. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure

to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, the Court **GRANTS** Defendant's Motion to Continue [Doc. 36], and **HEREBY ORDERS** that this case be continued until February 9, 2027, the undersigned's next regularly-scheduled term of court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 16th day of November, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT